■ GRAND CENTRAL APARTMENTS, INC., SECTION 2 v. EUNICE T. AUSTIN et al.— Motion for a stay dismissed, having become academic by virtue of the decision of the Supreme Court, New York County, dated September 8, 1960, vacating the judgment appealed from and directing a trial of the issues. Motion to dispense with printing dismissed, having become academic by virtue of the decision of the Supreme Court, New York County, dated September 8, 1960, vacating the judgment appealed from and directing a trial of the issues. Motion to dismiss appeal dismissed, having become academic by virtue of the decision of the Supreme Court, New York County, dated September 8, 1960, vacating the judgment appealed from and directing a trial of the issues.

■ In the Matter of MICHELE J. MARZULLO et al., v. STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, et al.— Motion to dispense with printing granted insofar as to permit the proceeding to be heard upon a typewritten record, without printing the same, but upon printed petitioners' points; the petitioners to serve one copy of the typewritten record in this proceeding upon the Corporation Counsel of the City of New York and file six copies of the typewritten record together with the printed petitioners' points with this court on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said proceeding to be argued or submitted when reached.

■ ZOE WAGNER v. JOSEPH HUDES, Doing Business as THRIFT SHOP.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for defendant-respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 20, 1960, with notice of argument for November 1, 1960, said appeal to be argued or submitted when reached.

■ In the Matter of the Accounting of JULIA STRATTON as Ancillary Coadministratrix C. T. A. of the Estate of WILHELMINE P. MEIER, Deceased. JULIA STRATTON, Appellant; LUDWIG MEIER et al., Respondents.— Motion to dispense with printing denied. Motion to dismiss appeal denied.